IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TONTRENCE COLISTA BRAXTON,

    Plaintiff,

v.                                    CASE NO. 4:04cv341-RH/WCS

CLAYTON FALLIS,

    Defendant.

_____/

## ORDER GRANTING SUMMARY JUDGMENT

This matter is before the court on the magistrate judge's report and recommendation (document 45), and the objections thereto (documents 46 and 47). I have reviewed de novo the issues raised by the objections. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's motion for summary judgment (document 27) is GRANTED with respect to plaintiff's claims. The clerk shall enter judgment stating, "Plaintiff's claims arising under federal law are dismissed with prejudice. Plaintiff's claims arising under state law are dismissed based on the discretionary

determination not to exercise supplemental jurisdiction." The clerk shall close the file.

    SO ORDERED this 9th day of November, 2005.

s/Robert L. Hinkle  
Chief United States District Judge
