IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TONTRENCE COLISTA BRAXTON,**

    **Plaintiff,**

vs.                                                                  Case No. 4:04cv341-RH/WCS

**CLAYTON C. FALLIS, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, has filed a motion for equitable estoppel, doc. 69, and a supporting affidavit, doc.70.  Previously, Defendant's motion for summary judgment was granted and Plaintiff's claims were dismissed.  Doc. 49.  Judgment was entered on November 10, 2005.  Doc. 50.  Plaintiff's appeal was also previously dismissed for lack of jurisdiction on March 30, 2005, because Plaintiff did not timely appeal.  Doc. 67.

Plaintiff's motion should be denied because this case has been closed for over one year and because, construed liberally, Plaintiff provides no facts which would justify relieving Plaintiff of the judgment entered in Defendant's favor under FED. R. CIV. P. 60.  Indeed, the facts Plaintiff recites in the affidavit, doc. 70, either concern events related to a state court criminal trial or are simply frivolous.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motion for equitable estoppel, doc. 69, construed as a motion seeking relief from judgment under Rule 60, be **DENIED**.

**IN CHAMBERS** at Tallahassee, Florida, on November 21, 2006.


   s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**