IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TONTRENCE COLISTA BRAXTON,

    Plaintiff,

v.                                       CASE NO. 4:04cv341-RH/WCS

CLAYTON C. FALLIS, et al.,

    Defendants.

_____/

## ORDER DENYING RULE 60 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 71) and the objections thereto (document 73). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Plaintiff's motion for equitable estoppel (document 69), construed as a motion seeking relief from judgment under Federal Rule of Civil Procedure 60, is DENIED.

SO ORDERED this 11th day of December, 2006.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge